IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and On behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GET AWAY TODAY, INC.,<br><br>Defendant. | :<br>:<br>: CIVIL ACTION FILE NO.<br>: 6:25-CV-1716<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chet Michael Wilson hereby gives notice that his claims in this action against Defendant Get Away Today, Inc., are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 20th day of October, 2025.

s/
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
Telephone: 215-225-5529

*Lead attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true copy of the foregoing upon all parties and counsel through the Court's CM/ECF electronic efile system which will automatically notify all participating counsel.

/s/
Andrew Roman Perrong, OSB No. 243320

Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Telephone: 215-225-5529